IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ICE DETAINEE #1,**

              Petitioner,

    v.

**JOSIAS SALAZAR,**
**Warden, FCI Sheridan,**

**ELIZABETH GODFREY,**
**Acting Field Office Director,**
**Seattle Field Office, ICE,**

              Respondents.

Case No. 3:18-cv-01279-MO

Judgment

**MOSMAN, J.**

Based on my Order granting the Motion to Voluntarily Dismiss Petition for Writ of

Habeas Corpus filed on behalf of the petitioner in the above captioned case and on behalf of each

anonymous and named detainee in the cases listed below, it is ORDERED that these actions are

DISMISSED without prejudice.  The Clerk of the Court is directed to enter this Judgment in the

above captioned case and the following cases.

      3:18-cv-01280-MO

      3:18-cv-01281-MO

      3:18-cv-01282-MO

      3:18-cv-01283-MO

      3:18-cv-01289-MO

1 –Judgment

3:18-cv-01290-MO

3:18-cv-01291-MO

3:18-cv-01292-MO

3:18-cv-01293-MO

3:18-cv-01294-MO

3:18-cv-01295-MO

3:18-cv-01296-MO

3:18-cv-01297-MO

3:18-cv-01298-MO

3:18-cv-01299-MO

3:18-cv-01301-MO

3:18-cv-01302-MO

3:18-cv-01303-MO

3:18-cv-01304-MO

3:18-cv-01305-MO

3:18-cv-01306-MO

3:18-cv-01307-MO

3:18-cv-01308-MO

3:18-cv-01309-MO

3:18-cv-01310-MO

3:18-cv-01311-MO

3:18-cv-01313-MO

3:18-cv-01314-MO

3:18-cv-01315-MO

3:18-cv-01312-MO

3:18-cv-01316-MO

3:18-cv-01317-MO

3:18-cv-01319-MO

3:18-cv-01320-MO

3:18-cv-01321-MO

3:18-cv-01322-MO

3:18-cv-01323-MO

3:18-cv-01324-MO

3:18-cv-01325-MO

3:18-cv-01326-MO

3:18-cv-01327-MO

3:18-cv-01328-MO

3:18-cv-01329-MO

3:18-cv-01330-MO

3:18-cv-01331-MO

3:18-cv-01333-MO

3:18-cv-01334-MO

3:18-cv-01335-MO

3:18-cv-01336-MO

3:18-cv-01337-MO

3:18-cv-01342-MO

3:18-cv-01343-MO

3:18-cv-01344-MO

3:18-cv-01345-MO

3:18-cv-01346-MO

3:18-cv-01347-MO

3:18-cv-01348-MO

3:18-cv-01349-MO

3:18-cv-01350-MO

3:18-cv-01351-MO

3:18-cv-01352-MO

3:18-cv-01353-MO

3:18-cv-01354-MO

3:18-cv-01355-MO

3:18-cv-01356-MO

3:18-cv-01358-MO

3:18-cv-01359-MO

3:18-cv-01360-MO

3:18-cv-01361-MO

3:18-cv-01362-MO

3:18-cv-01363-MO

3:18-cv-01364-MO

3:18-cv-01365-MO

3:18-cv-01803-MO

3:18-cv-01804-MO

*Osorto-Chicas v. Salazar, et al.*, 3:18-cv-01102-MO.

IT IS SO ORDERED.

DATED this 25th day of January 2019.

_Michael W. Mosman_
MICHAEL W. MOSMAN
Chief United States District Judge